**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: October 13, 2016**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

```
IN RE:                              )
                                    )
  MAURIZIO G. DIMICHELE             )
  SSN:  XXX-XX-3195                 )    CASE NO. 16-53676
                                    )          CHAPTER 7
                                    )    JUDGE J. E. HOFFMAN, JR.
                                    )
  TONYA L. DIMICHELE                )
  SSN: XXX-XX-3626                  )
                                    )
       Debtors                      )
```

**ORDER OF DISMISSAL (Doc. 21)**

This matter is before the Court upon a motion filed by D. William Davis, Trustee, seeking to dismiss the Chapter 7 case of Maurizio G. DiMichele and Tonya L. DiMichele.

The Court hereby orders that this Chapter 7 case be dismissed without prejudice.

The Clerk shall give notice of this dismissal to the debtors, the debtors' attorney, the United States Trustee, the Chapter 7 Trustee, and all creditors, as required by Rule 2002(f) of the Federal Rules of Bankruptcy Procedure.

**IT IS SO ORDERED.**

"ALL CREDITORS AND PARTRIES IN INTEREST"

###